UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | CRIMINAL No. 21-mj-1062-DLC |

**GOVERNMENT'S MOTION TO UNSEAL**
**APPLICATION AND ORDER PURSUANT TO 18 U.S.C. § 2703(d)**

The United States hereby moves this Court to unseal the application and order, entered pursuant to 18 U.S.C. § 2703(d), in this matter. As grounds for this motion, the government states that Massachusetts state prosecutors have criminally charged individuals in relation to certain of the events described in the application, and further sealing of the application and order is no longer required.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

By:   /s/ Charles Dell'Anno
      Charles Dell'Anno
      Assistant United States Attorney

Dated: July 12, 2021